PARK AND PROSPECT, INCORPORATED, PROSECUTOR, v.
BOARD OF ADJUSTMENT OF THE CITY OF ORANGE
ET AL., RESPONDENTS.

Submitted May term, 1928—Decided July 27, 1928.

Before Justices MINTURN, BLACK and CAMPBELL.

For the prosecutor, *Edward L. Davis.*

For the respondents, *William A. Calhoun.*

PER CURIAM.

Under this writ we are asked to reverse the judgment of the board of adjustment of the city of Orange, refusing to prosecutor a permit to erect an apartment house.

*Bellofatto et al.* v. *Montclair,* 6 *N. J. Mis. R.* 512, is controlling, and the judgment under review is affirmed and the writ dismissed, with costs.